# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**424**

**CA 11-01513**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, FAHEY, AND PERADOTTO, JJ.

---

INTERNATIONAL ELECTRON DEVICES (USA) LLC,
AND INTERNATIONAL ELECTRON DEVICES, LTD.,
PLAINTIFFS-APPELLANTS,

                          V                                ORDER

MENTER, RUDIN & TRIVELPIECE, P.C.,
DEFENDANT-RESPONDENT.

---

AMY POSNER, NEW YORK CITY, FOR PLAINTIFFS-APPELLANTS.

THORN GERSHON TYMANN & BONANNI, LLP, ALBANY (MATTHEW H. MCNAMARA OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered April 20, 2011 in a legal malpractice action. The order and judgment granted defendant's motion for summary judgment.

It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs.

Entered:  April 20, 2012                    Frances E. Cafarell
                                            Clerk of the Court